UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                 Government,       :       18 CR. 768 (RMB)
                                           :
     - against -                         :       **ORDER**
                                           :
DARNEL HOOKER,                             :
                 Defendant.        :
------------------------------------------------------------x

      The supervised release hearing is scheduled for Tuesday, April 11, 2023 at 4:00 P.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 599 571 290#

Dated: April 5, 2023
       New York, NY

                                                           _____
                                                          **RICHARD M. BERMAN**
                                                               **U.S.D.J.**