UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                            Government,  :   18 CR. 768 (RMB)
                                           :
       - against -                    :   **ORDER**
                                           :
DARNEL HOOKER,                             :
                           Defendant.     :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, September 12, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 331 821 446#

Dated: September 6, 2023
       New York, NY

                                                  **RICHARD M. BERMAN**
                                                        **U.S.D.J.**