**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                                Government,       :        18 CR. 768 (RMB)
                                             :
            - against -                    :        **ORDER**
                                             :
DARNEL HOOKER,                               :
                                 Defendant.        :
------------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, November 30, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 894 794 38#

Dated: November 22, 2023
       New York, NY

                                                             _____
                                                               **RICHARD M. BERMAN**
                                                                     **U.S.D.J.**