UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **ORDER** |
| - v - | : | 18 Cr. 768 (RMB) |
| | : | USDC SDNY |
| DARNEL HOOKER, | : | ELECTRONICALLY FILED |
| *Defendant.* | : | DOC #: _____ |
| | | DATE FILED: 12/5/23 |

----------------------------------------------------------x

For the reasons stated on the record during the November 30, 2023 conference in this matter, and with the consent of the parties, it is hereby ordered that:

(1) Darnel Hooker's treatment providers, including Daytop Samaritan Village, are authorized to release his medical and treatment records to his legal counsel, the Federal Defenders of New York, Inc.

(2) Darnel Hooker's conditions of supervised release shall be modified to vacate the substance abuse treatment condition. All other previously imposed conditions of Mr. Hooker's supervised release shall remain in place and he shall continue to participate in mental health treatment.

Dated: New York, New York
　　　　12/5/23

SO ORDERED:

*Richard M. Berman*
HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE