UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
                Government,    :      18 CR. 768 (RMB)
                                            :
    - against -                           :      **ORDER**
                                            :
DARNEL HOOKER,                              :
                                            :
                Defendant.     :
-----------------------------------------------------------------x

       The supervised release hearing is scheduled for Tuesday, February 13, 2024 at 11:30 A.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 442 445 662#

Dated: February 7, 2024
       New York, NY

                                                *Richard M. Berman*
                                         **RICHARD M. BERMAN**
                                                **U.S.D.J.**