UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :
                        Government,  :        18 CR. 768 (RMB)
                                     :
            - against -              :        **ORDER**
                                     :
DARNEL HOOKER,                       :
                        Defendant.   :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, April 23, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 442 445 662#

Dated: April 17, 2024
      New York, NY

                                                  **RICHARD M. BERMAN**
                                                        **U.S.D.J.**